# EXHIBIT 3

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | No. 2:21-cv-00031-BJR <br><br> JOINT STIPULATION FOR AMENDMENT AND RESPONSE SCHEDULE |

Pursuant to the Court's Standing Order (Dkt. 35), the parties submit the following stipulation:

1. The deadline for Defendant Amazon Web Services, Inc. ("AWS") to respond to Plaintiff Parler LLC's Verified Complaint is February 2, 2021.

2. Rule 15(a)(1) permits Parler to amend its Verified Complaint, and Parler intends to do so.

3. The parties agree as follows:

   a. AWS need not respond to Parler's Verified Complaint;

   b. Parler will file an Amended Complaint no later than February 16, 2021;

   c. AWS's deadline to respond to the Amended Complaint will be March 22, 2021.

STIPULATION AND PROPOSED ORER
(No. 2:21-cv-00031-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 28th day of January, 2021.

    Davis Wright Tremaine LLP
    Attorneys for Amazon Web Services, Inc.

    By *s/Ambika Kumar Doran*
        Ambika Kumar Doran, WSBA #38237
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        Telephone: 206-622-3150
        E-mail: ambikadoran@dwt.com

        Alonzo Wickers IV, (*pro hac vice*)
        865 S. Figueroa Street, Suite 2400
        Los Angeles, CA 90017
        Telephone: 213-633-6800
        E-mail: alonzowickers@dwt.com

    David J. Groesbeck, P.S.
    Attorney for Parler LLC

    By *s/David J. Groesbeck*
        David J. Groesbeck, WSBA #24749
        1333 E. Johns Prairie Rd.
        Shelton, Washington 98584
        Tel.: 509-747-2800
        Fax: 509-747-2828
        Email: david@groesbecklaw.com

STIPULATION AND PROPOSED ORER
(No. 2:21-cv-00031-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 28th day of January, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER
(No. 2:21-cv-00031-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax