# EXHIBIT 6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>　　　　　　　Defendants. | No. 21-2-02856-6 SEA<br><br>NOTICE OF FILING NOTICE OF REMOVAL<br><br>***Clerk's Action Required*** |

TO:　　　　　The Clerk of the Court

AND TO:　　Parler LLC, Plaintiff

AND TO:　　Angelo Calfo
　　　　　　　CALFO EAKES LLP

　　　　　　　David Groesbeck
　　　　　　　DAVID J. GROESBECK, P.S.

　　　　　　　Plaintiff's Counsel of Record

　　Please take notice that a Notice of Removal of this action to the United States District Court for the Western District of Washington at Seattle was filed in that Court on March 3, 2021.  A true and correct copy of the Notice of Removal is attached to this notice as ***Exhibit A***.

NOTICE OF FILING NOTICE OF REMOVAL - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 3rd day of March, 2021.

        Davis Wright Tremaine LLP
        Attorneys for Defendants

By *s/ Ambika K. Doran*
    Ambika K. Doran, WSBA # 38237
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-757-8030
    Fax: 206-757-7030
    E-mail: ambikadoran@dwt.com

NOTICE OF FILING NOTICE OF REMOVAL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record has been served a true and correct copy of the foregoing *Notice of Filing Notice of Removal* by electronic mail and by U.S. mail at the below address:

>Angelo J. Calfo, WSBA# 27079
>CALFO EAKES LLP
>1301 Second Avenue, Suite 2800
>Seattle, WA 98101
>Email: angeloc@calfoeakes.com
>
>David J. Groesbeck, WSBA No. 24749
>DAVID J. GROESBECK, P.S.
>1333 E. Johns Prairie Rd.
>Shelton, WA 98584
>Email: david@groesbecklaw.com

DATED this 3rd day of March, 2021.

>Davis Wright Tremaine LLP
>Attorney for Defendants
>
>By *s/ Ambika K. Doran*
>   Ambika K. Doran, WSBA # 38237
>   920 Fifth Avenue, Suite 3300
>   Seattle, WA  98104-1610
>   Telephone: 206-757-8030
>   Fax: 206-757-7030
>   E-mail: ambikadoran@dwt.com

NOTICE OF FILING NOTICE OF REMOVAL - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax