UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>                    Defendants. | No. 2:21-cv-270<br><br>CERTIFICATE OF FILING NOTICE OF REMOVAL |

I hereby certify that I am counsel for defendants Amazon Web Services, Inc. and Amazon.com, Inc. in the above-captioned action. On March 3, 2021, I caused to be filed with the King County Superior Court, the court from which this action was removed, the Notice of Filing of Notice of Removal.

DATED this 3rd day of March, 2021.

    Davis Wright Tremaine LLP
    Attorneys for Defendants Amazon Web
    Services, Inc. and Amazon.com, Inc.

By *s/Ambika K. Doran*
    Ambika Kumar Doran, WSBA #38237
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    E-mail: ambikadoran@dwt.com

CERTIFICATE OF FILING NOTICE OF REMOVAL - 1
(2:21-cv-270)
4826-7186-6335v.1 0051461-003531

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I hereby certify that counsel of record has been served a true and correct copy of the foregoing *Certificate of Filing Notice of Removal* by electronic mail and by U.S. mail at the below address:

>Angelo J. Calfo, WSBA# 27079
>CALFO EAKES LLP
>1301 Second Avenue, Suite 2800
>Seattle, WA 98101
>Email: angeloc@calfoeakes.com
>
>David J. Groesbeck, WSBA No. 24749
>DAVID J. GROESBECK, P.S.
>1333 E. Johns Prairie Rd.
>Shelton, WA 98584
>Email: david@groesbecklaw.com

DATED this 3rd day of March, 2021.

>Davis Wright Tremaine LLP
>Attorney for Defendants
>
>By *s/ Ambika K. Doran*
>    Ambika K. Doran, WSBA # 38237
>    920 Fifth Avenue, Suite 3300
>    Seattle, WA  98104-1610
>    Telephone: 206-757-8030
>    Fax: 206-757-7030
>    E-mail: ambikadoran@dwt.com

CERTIFICATE OF FILING NOTICE OF REMOVAL - 2
(2:21-cv-270)
4826-7186-6335v.1 0051461-003531

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax