THE HONORABLE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270 <br><br> (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND OR IN THE ALTERNATIVE FOR DISMISSAL WITHOUT PREJUDICE <br><br> NOTE ON MOTION CALENDAR: <br> March 26, 2021 <br> *Without Oral Argument* |

THIS MATTER is before the Court on Plaintiff's Motion for Remand or in the Alternative for Dismissal Without Prejudice. Upon consideration of that motion, and the arguments and materials presented in support thereof and in opposition thereto, and it appearing proper to do so, it is hereby ORDERED that the motion is GRANTED. Accordingly, this case is remanded to the Superior Court in and for King County, Washington.

(PROPOSED) ORDER GRANTING PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DATED this \_\_\_\_ day of March, 2021.

                                           HONORABLE _____
                                           UNITED STATES DISTRICT JUDGE

*Presented by:*

**CALFO EAKES LLP**

By    *s/Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone:  (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

(PROPOSED) ORDER GRANTING PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224