THE HONORABLE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br>    Plaintiff, <br><br> vs. <br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br>    Defendants. | Case No.  21-cv-00270 <br><br> DECLARATION OF ANGELO J. CALFO IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND OR IN THE ALTERNATIVE FOR DISMISSAL WITHOUT PREJUDICE <br><br> NOTE ON MOTION CALENDAR: <br> March 26, 2021 <br> *Without Oral Argument* |

I, Angelo J. Calfo, declare and say:

  1.  I am a practicing attorney in the State of Washington and a partner with Calfo Eakes LLP.  Calfo Eakes represents plaintiff Parler LLC in this matter.  I am competent to testify and have personal knowledge of the following.

  2.  On February 13, 2021, Parler engaged Calfo Eakes in relation to its claims against Amazon.com, Inc. and Amazon Web Services, Inc. ("Defendants").  At the time Calfo Eakes was

CALFO DECLARATION ISO PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

engaged, a complaint by Parler alleging federal and state claims had been filed in this Court (the "Federal Action") and a motion for an injunction had been brought and denied.

3. Working with Parler's legal team, Calfo Eakes analyzed information relating to Parler's potential claims against Defendants, including the pleadings in the Federal Action, and determined that it would be appropriate for Parler to focus on its state-based remedies in Washington state court following state procedures. The complaint ultimately filed in state court contains several state law claims not included in the Federal Action. It also names an additional defendant, Amazon.com, Inc. (Both the original defendant, AWS, and the new defendant, Amazon.com, Inc. are forum defendants.)

4. AWS' contract with Parler specifically provides Parler with the right to file in King County Superior Court. *See* Exhibit 1 (attached hereto) at ¶ 14. Also, Washington law is specified as the governing law under the contract. *Id.*

5. As a result, Parler prepared and filed a complaint bringing solely Washington state-based claims against Defendants (the "State Complaint") and filed it at approximately 4:27 pm on March 2, 2021. Later that evening, Parler's other counsel, Mr. Groesbeck, filed a notice of voluntary dismissal, without prejudice, of the Federal Action.

6. After filing the State Complaint and notice of voluntary dismissal, Mr. Groesbeck notified Defendants' counsel via email that we had dismissed the Federal Action and filed the State Complaint, as a professional courtesy. Mr. Groesbeck provided Defendants' counsel with the state court cause number.

7. We were not able to serve the State Complaint on Defendants at the time Parler filed it, because we contacted Defendants' registered agent, which is located in Tumwater, Washington, and learned that it closed its offices at 3:00 pm that day. However, at the time of filing the State Complaint, Calfo Eakes made arrangements with a process server to have the State Complaint and summons served on Defendants the following day, March 3, 2021.

CALFO DECLARATION ISO PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

8. On the morning of March 3, 2021, we provided the State Complaint and summons to our process server. According to the certificates of service, the process server served Defendants at 2:10 pm that day. Exhibit 2, attached, includes the certificates of service for both Defendants.

9. Defendants filed a notice of removal, which can be found at Dkt. #1, on March 3, 2021 at 1:46 pm.

I declare under perjury of penalty under the laws of the State of Washington and the United States that the foregoing is true and correct.

Signed at Seattle, Washington, this 4th day of March, 2021.

By   s/*Angelo Calfo*
Angelo J. Calfo, WSBA# 27079

CALFO DECLARATION ISO PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224