**EXHIBIT 2**

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| PARLER LLC, <br><br> Plaintiff(s), <br> Vs. <br><br> AMAZON WEB SERVICES, INC.; and AMAZON.COM, INC., <br><br> Defendant(s). | NO. 21-2-02856-6 SEA <br><br> DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT; CASE ASSIGNMENT AREA DESIGNATION AND CASE INFORMATION COVER SHEET; ORDER SETTING CIVIL CASE SCHEDULE; EFILING CONFIRMATION RECEIPT; PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS AMAZON WEB SERVICES, INC. AND AMAZON.COM, INC. |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 2:10 P.M. on March 3rd, 2021, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon Amazon Web Services, Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with Juanita Huey, Customer Service Associate for Corporation Service Company, its Registered Agent, who stated she is authorized to accept.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, on 3-4-2021

Process Fee: 12.00
Prep: 30.00
Travel: 90.00
SSA:
Bad Address:
Declaration Fee: 24.00
Special Service: 225.00
Wait:

TOTAL  $381.00

DONALD HANNA      KING CO. # 1217202

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| PARLER LLC,<br><br>                              Plaintiff(s),<br>Vs.<br><br>AMAZON WEB SERVICES, INC.; and<br>AMAZON.COM, INC.,<br><br>                            Defendant(s). | NO. 21-2-02856-6 SEA<br><br>DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT; CASE ASSIGNMENT AREA DESIGNATION AND CASE INFORMATION COVER SHEET; ORDER SETTING CIVIL CASE SCHEDULE; EFILING CONFIRMATION RECEIPT; PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS AMAZON WEB SERVICES, INC. AND AMAZON.COM, INC. |

STATE OF WASHINGTON
COUNTY OF KING

      That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

      That at 2:10 P.M. on March 3rd, 2021, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon Amazon.com, Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with Juanita Huey, Customer Service Associate for Corporation Service Company, its Registered Agent, who stated she is authorized to accept.

      I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, on 3-4-2021

Process Fee:      12.00
Prep:                30.00
Travel:            14.00
SSA:
Bad Address:
Declaration Fee: 24.00
Special Service: 30.00
Wait:

TOTAL  $110.00

DONALD HANNA    KING CO. # 1217202