THE HONORABLE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270 <br><br> DECLARATION OF DAVID J. GROESBECK IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND OR IN THE ALTERNATIVE FOR DISMISSAL WITHOUT PREJUDICE <br><br> NOTE ON MOTION CALENDAR: March 26, 2021 <br> *Without Oral Argument* |

I, David J. Groesbeck, declare and say:

1. I am a practicing attorney in the State of Washington and represent Plaintiff Parler LLC in the above-entitled matter. I am over the age of 18 and I am competent to testify as to the contents herein and all information is made from my personal knowledge.

2. On Wednesday, March 3, 2021, at 12:06 am (PST), I emailed Ms. Ambika Doran, counsel for Amazon Web Services, Inc. I sent Ms. Doran a copy of Parler LLC's Notice of

GROESBECK DECLARATION ISO PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Voluntary Dismissal Without Prejudice and Parler LLC's Complaint filed in King County Superior Court, and I provided her with the King County case number. I provided this information as a professional courtesy and not because of any obligation or prior agreement.

4. On Wednesday, March 3, in the early morning and afternoon, I emailed and called Ms. Doran several times. In a morning email exchange, Ms. Doran said she was not available to talk. Ms. Doran emailed me later in the day to say that she had concluded a hearing that occurred that morning and had accomplished "other things" she needed to attend to but would be able to talk in the late afternoon. At 3:15pm, I spoke with Ms. Doran, but only after the notice of removal of the state court complaint had been filed with this Court.

I declare under penalty of perjury under the laws of the State of Washington and of the United States that the foregoing is true and correct.

Dated this 4th day of March 2021, at Spokane, Washington.

By   s/*David J. Groesbeck*
    David J. Groesbeck, WSBA# 24749

GROESBECK DECLARATION ISO PLAINTIFF'S
MOTION FOR REMAND
(Case No. 2:21-cv-00270) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224