UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>        Defendants. | No. 2:21-cv-270<br><br>DEFENDANT AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Civil Rule 7.1, Amazon.com, Inc., has no parent corporation, and no publicly held corporation owns 10 percent or more of Amazon.com, Inc.'s stock.

DATED this 4th day of March, 2021.

                                          Davis Wright Tremaine LLP
                                          Attorneys for Amazon Web Services, Inc.

                                          By */s/ Ambika Kumar Doran*
                                              Ambika Kumar Doran, WSBA #38237
                                              920 Fifth Avenue, Suite 3300
                                              Seattle, WA  98104-1610
                                              Telephone: 206-622-3150
                                              E-mail: adoran@dwt.com

                                              Alonzo Wickers IV, Cal. State Bar #169454
                                                 *pro hac vice* application forthcoming
                                              865 S. Figueroa Street, Suite 2400
                                              Los Angeles, CA 90017
                                              Telephone: 213-633-6800
                                              E-mail: awickers@dwt.com

AMAZON.COM, INC.'S CORPORATE DISCLOUSRE STATEMENT
2:21-cv-270- 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax