UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARLER LLC,

              Plaintiff,

    v.

AMAZON WEB SERVICES, INC., and
AMAZON.COM, INC.,

              Defendants.

No. 2:21-cv-270

DEFENDANT AMAZON WEB
SERVICES, INC.'S CORPORATE
DISCLOSURE STATEMENT

       Pursuant to Local Civil Rule 7.1, Amazon Web Services, Inc. states that it is an indirect

wholly owned subsidiary of Amazon.com, Inc., a publicly traded company.

       DATED this 4th day of March, 2021.

Davis Wright Tremaine LLP
Attorneys for Amazon Web Services, Inc.

By */s/ Ambika Kumar Doran*
    Ambika Kumar Doran, WSBA #38237
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    E-mail: adoran@dwt.com

    Alonzo Wickers IV, Cal. State Bar #169454
    *pro hac vice* application forthcoming
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Telephone:  213-633-6800
    E-mail: awickers@dwt.com

AWS'S CORPORATE DISCLOSURE STATEMENT
2:21-cv-270- 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax