**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 4, 2021

**PARLER LLC V. AMAZON WEB SERVICES INC ET AL**
Case # 2:21–cv–00270–MJP

The Court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Removal – Jury Demand Improperly Submitted**
> A Jury Demand indicated only on a Notice of Removal, Civil Cover Sheet or State Court Complaint does not constitute a proper request in this court, pursuant to <u>LCR 101(b)(3)</u>. The Defendant or Plaintiff must file a separate Jury Demand to properly notify the court of their request. Please file using the "Jury Demand" event under the "Other Documents" category. The Jury Demand flag entered by the filer has been removed from the docket.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file