**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 5, 2021

**PARLER LLC V. AMAZON WEB SERVICES INC ET AL**
Case # 2:21−cv−00270−MJP

The Court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Related Cases Omitted**
> Per LCR 3(g) the plaintiff and/or removing defendant must list all related cases that are or
> were pending in this district on the Civil Cover Sheet and, if any, **must electronically file a**
> **Notice of Related Case by 3/10/2021**. Notice should be filed using the event "Notice of
> Related Case" found under the "Notices" category.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file