UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES INC,<br>AMAZON.COM INC,<br><br>              Defendants. | CASE NO. C21-270 MJP<br><br>MINUTE ORDER TRANSFERRING CASE |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The above-entitled case is hereby transferred to the Honorable Barbara J. Rothstein, United States District Judge. The caption for this case shall hereinafter be **C21-270 BJR**. All scheduled dates will remain as set unless the parties are notified otherwise by Judge Barbara J. Rothstein.

\\

\\

MINUTE ORDER TRANSFERRING CASE - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed March 5, 2021.

William M. McCool<br>
Clerk of Court

s/ Paula McNabb<br>
Deputy Clerk