The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>  Defendants. | No. 2:21-cv-270<br><br>**NOTICE OF RELATED CASE** |

Pursuant to LCR 4(g) and the Court's March 5, 2021 Order (Dkt. 10), Defendants Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. file this Notice of Related Case.

This case is related to *Parler LLC v. Amazon Web Services, Inc.*, 2:21-cv-0031-BJR (W.D. Wash. 2021) ("*Parler I*"), over which Judge Barbara J. Rothstein presided, and which involves the same parties, except that Amazon.com, Inc., was not named in *Parler I*.

A case is related to another case if it "(A) "concerns substantially the same parties, property, transaction, or event; and (B) it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges." LCR 3(g)(4).

These criteria are satisfied here.

First, the parties are substantially the same, and the underlying events are identical. In both *Parler I* and this lawsuit, Parler sued AWS. In this lawsuit, Parler also sues Amazon.com,

NOTICE OF RELATED CASE - 1
(2:21-cv-270)
4817-3831-8815v.2 0051461-003531

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Inc., the ultimate parent company of AWS. Further, in both lawsuits, the heart of Parler's claims is that AWS improperly suspended Parler's contract.

Second, there would be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case proceeds before a different judge: In *Parler I*, Judge Rothstein denied Parler's motion for a preliminary injunction, holding that Parler failed to show a likelihood of prevailing on its claims that AWS's suspension of Parler's account was unlawful. *Parler I*, Dkt. 34.

DATED this 10th day of March, 2021.

>Davis Wright Tremaine LLP
>Attorneys for Defendants Amazon Web Services, Inc. and Amazon.com, Inc.
>
>By *s/Ambika K. Doran*
>    Ambika Kumar Doran, WSBA #38237
>    920 Fifth Avenue, Suite 3300
>    Seattle, WA  98104-1610
>    Telephone: 206-622-3150
>    Facsimile:  206-757-7700
>    E-mail: ambikadoran@dwt.com

NOTICE OF RELATED CASE - 2
(2:21-cv-270)
4817-3831-8815v.2 0051461-003531

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax