THE HONORABLE BARABARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270-BJR <br><br> ORDER GRANTING PLAINTIFF PARLER LLC'S MOTION TO SEAL |

**ORDER**

THIS MATTER is before the Court on Plaintiff Parler LLC's Motion to Seal.  Upon consideration of that motion, including Plaintiff's representation that the motion is unopposed, as well as the other files and records in this case, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The identifying information of Parler LLC's members contained in the Corporate Disclosure Statement shall remain redacted and under seal.

ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DATED this 15th day of March, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

**CALFO EAKES LLP**

By     *s/Angelo J. Calfo*            
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone:  (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL
(Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224