The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>　　　　　　Defendants. | No. 2:21-cv-00270-BJR<br><br>VERIFICATION OF STATE COURT RECORDS |

I am counsel for Defendants Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon") (collectively, "Defendants"), I verify under Local Rule 101, that I have attached as **Exhibit A** true and correct copies of all pleadings and other papers filed in the King County Superior Court action, Case No. 21-2-02856-6 SEA.  Defendants file this verification within fourteen days of filing their Notice of Removal on March 3, 2021.  LCR 101(c).

DATED this 16th day of March, 2021.

                                        Davis Wright Tremaine LLP
                                        Attorneys for Defendants Amazon Web
                                        Services, Inc. and Amazon.com, Inc.

                                        By *s/ Ambika K. Doran*
                                             Ambika Kumar Doran, WSBA #38237
                                           920 Fifth Avenue, Suite 3300
                                           Seattle, WA  98104-1610
                                           Telephone: 206-622-3150
                                           E-mail: ambikadoran@dwt.com

VERIFICATION OF STATE COURT RECORDS
(Case No. 2:21-cv-00270-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record has been served a true and correct copy of the foregoing by electronic mail and by U.S. mail at the below address:

Angelo J. Calfo, WSBA# 27079
CALFO EAKES LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Email: angeloc@calfoeakes.com

David J. Groesbeck, WSBA No. 24749
DAVID J. GROESBECK, P.S.
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Email: david@groesbecklaw.com

DATED this 16th day of March, 2021.

Davis Wright Tremaine LLP
Attorney for Defendants

By *s/ Ambika K. Doran*
Ambika K. Doran, WSBA # 38237
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-757-8030
Fax: 206-757-7030
E-mail: ambikadoran@dwt.com

VERIFICATION OF STATE COURT RECORDS
(Case No. 2:21-cv-00270-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax