THE HONORABLE BARABARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, | Case No.  21-cv-00270-BJR |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR REMAND OR IN THE ALTERNATIVE FOR DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff's Amended Motion for Remand or in the Alternative for Dismissal Without Prejudice.  Upon consideration of that motion, and the arguments and materials presented in support thereof and in opposition thereto, and it appearing proper to do so, it is hereby ORDERED that the motion is GRANTED. Accordingly, this case is REMANDED to the Superior Court in and for King County, Washington, effective immediately. It is further ORDERED that Plaintiff is awarded attorneys' fees and costs.  Plaintiff shall submit its fees and costs within fourteen (14) days of this Order and this Court shall retain jurisdiction solely to determine the appropriate fees and costs to which Plaintiff is entitled.  The Court does

[PROPOSED] ORDER GRANTING PLAINTIFF'S
AMENDED MOTION FOR REMAND
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

not intend for its retention of jurisdiction to determine fees and costs to prevent or delay proceedings from commencing immediately in the Superior Court in and for King County, Washington.

DATED this _____ day of _____, 2021.

_____
HONORABLE BARABARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**CALFO EAKES LLP**

By _____*s/Angelo J. Calfo*_____
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone: (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
AMENDED MOTION FOR REMAND
(Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224