THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br>             Plaintiff, <br><br>     vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br>             Defendants. | Case No.  21-cv-00270-BJR <br><br> PLAINTIFF PARLER LLC'S NOTICE OF WITHDRAWAL OF PENDING MOTION |

TO:     THE CLERK OF THE COURT, and

TO:     ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Plaintiff Parler LLC ("Parler") withdraws its March 4, 2021 Motion for Remand (Dkt. No. 3).  On March 22, 2021, Parler timely filed an Amended Motion for Remand (Dkt. No. 20).  Parler's Amended Motion for Remand supersedes the prior motion.  Accordingly, Parler respectfully requests that the Court proceed to consider the Amended Motion for Remand (Dkt. No. 20) in due course.

PLAINTIFF'S NOTICE OF WITHDRAWAL OF PENDING MOTION
(Case No. 2:21-cv-00270-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DATED this 22nd day of March, 2021.

**CALFO EAKES LLP**

By  s/*Angelo Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone: (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

PLAINTIFF'S NOTICE OF WITHDRAWAL OF PENDING MOTION
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224