The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>AMAZON WEB SERVICES, INC., and<br>AMAZON.COM, INC.<br><br>              Defendant. | No. 21-cv-00270-BJR<br><br>JOINT STIPULATION TO<br>EXTEND DEADLINE TO<br>RESPOND TO COMPLAINT |

The parties submit the following stipulation:

1.   Pursuant to Rule 81(c)(2), the deadline for Defendants Amazon Web Services, Inc. and Amazon.com, Inc. (collectively, "Amazon") to respond to Plaintiff Parler LLC's complaint is March 24, 2021.

2.   Defendants have asked Parler to agree to a brief two-day extension of this deadline, both because the length of the complaint requires additional time to review and respond and because Defendants' in-house attorney responsible for this matter has been out of the office for the past week.

3.   The parties agree to a brief, two-day extension of Amazon's deadline to respond to the complaint, such that Amazon's deadline is March 26, 2021.  Such an extension will not cause any party prejudice or otherwise affect the deadlines in this Court.

DATED this 23rd day of March, 2021.

STIPULATION AND PROPOSED ORER
 (No. 2:21-cv-00270-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Davis Wright Tremaine LLP
Attorneys for Amazon Web Services, Inc. and Amazon.com, Inc.

By *s/Ambika Kumar Doran*
    Ambika Kumar Doran, WSBA #38237
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    E-mail: ambikadoran@dwt.com

    Alonzo Wickers IV, (*pro hac vice*)
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Telephone:  213-633-6800
    E-mail: alonzowickers@dwt.com

**CALFO EAKES LLP**
By s/*Angelo Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**
David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone: (509) 747-2800
Email:

**SCHAERR |JAFFE LLP**
Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006
*Counsel for Plaintiff Parler LLC*

STIPULATION AND PROPOSED ORER
 (No. 2:21-cv-00270-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
**ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3     DATED this 23 day of March, 2021.

                                                                        *Barbara J. Rothstein*

                                      Barbara Jacobs Rothstein
                                      U.S. District Court Judge

STIPULATION AND PROPOSED ORDER
(No. 2:21-cv-00270-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax