The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>    Defendants. | No. 2:21-cv-00270-BJR<br><br>NOTICE OF APPEARANCE OF CAESAR D. KALINOWSKI |

TO:   The Clerk of the Court

AND TO:  All Counsel of Record

  Please take notice that Caesar D. Kalinowski appears as additional counsel for Defendants Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon") (collectively, "Defendants"), and requests that all further papers and pleadings, except original process, be served upon the undersigned at the address below stated. By serving this Notice of Appearance, Defendants do not waive any defenses.

  DATED this 7th day of April, 2021.

            Davis Wright Tremaine LLP
            Attorney for Defendants Amazon Web Services, Inc. and Amazon.com, Inc.

            By *s/ Caesar D. Kalinowski*
              Caesar D. Kalinowski, WSBA #52650
              920 Fifth Avenue, Suite 3300
              Seattle, WA 98104-1610
              Telephone: 206-622-3150
              E-mail: CaesarKalinowski@dwt.com

NOTICE OF APPEARANCE - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Notice of Appearance* by electronic mail through the Court's ECF Notifications to the following:

Angelo J. Calfo, WSBA# 27079
CALFO EAKES LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Email: angeloc@calfoeakes.com

David J. Groesbeck, WSBA No. 24749
DAVID J. GROESBECK, P.S.
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Email: david@groesbecklaw.com

DATED this 7th day of April, 2021.

        Davis Wright Tremaine LLP
        Attorney for Defendants

        By *s/ Caesar D. Kalinowski*
        Caesar D. Kalinowski, WSBA #52650
        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        Telephone: 206-622-3150
        E-mail: CaesarKalinowski@dwt.com

NOTICE OF APPEARANCE - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax