The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>            Defendants. | No. 2:21-cv-00270-BJR<br><br>NOTICE OF APPEARANCE OF ROBERT E. MILLER |

TO:        The Clerk of the Court

AND TO:   All Counsel of Record

     Please take notice that Robert E. Miller appears as additional counsel for Defendants Amazon Web Services, Inc. ("AWS") and Amazon.com, Inc. ("Amazon") (collectively, "Defendants"), and requests that all further papers and pleadings, except original process, be served upon the undersigned at the address below stated. By serving this Notice of Appearance, Defendants do not waive any defenses.

     DATED this 7th day of April, 2021.

                                         Davis Wright Tremaine LLP
                                         Attorney for Defendants Amazon Web Services, Inc. and Amazon.com, Inc.

                                         By *s/ Robert E. Miller*
                                              Robert E. Miller, WSBA #46507
                                              920 Fifth Avenue, Suite 3300
                                              Seattle, WA 98104-1610
                                              Telephone: 206-622-3150
                                              E-mail: RobertMiller@dwt.com

NOTICE OF APPEARANCE - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Notice of Appearance* by electronic mail through the Court's ECF Notifications to the following:

>Angelo J. Calfo, WSBA# 27079
>CALFO EAKES LLP
>1301 Second Avenue, Suite 2800
>Seattle, WA 98101
>Email: angeloc@calfoeakes.com
>
>David J. Groesbeck, WSBA No. 24749
>DAVID J. GROESBECK, P.S.
>1333 E. Johns Prairie Rd.
>Shelton, WA 98584
>Email: david@groesbecklaw.com

DATED this 7th day of April, 2021.

>Davis Wright Tremaine LLP
>Attorney for Defendants
>
>By *s/ Robert E. Miller*
>Robert E. Miller, WSBA #46507
>920 Fifth Avenue, Suite 3300
>Seattle, WA  98104-1610
>Telephone: 206-622-3150
>E-mail: RobertMiller@dwt.com

NOTICE OF APPEARANCE - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax