THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270-BJR <br><br> **PRAECIPE TO DKT. NO. 31** |

PRAECIPE TO DKT. NO. 31
(Case No. 18-cv-00270) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Please accept this Praecipe as Parler LLC's authorization and request for the Clerk of Court to replace the Second Supplemental Declaration of Angelo J. Calfo in Support of Plaintiff's Amended Motion for Remand or in the Alternative for Dismissal without Prejudice (Dkt. No. 31) with the attached document. The amended declaration contains corrections at the follow page and line numbers: 3:3, 3:8, 3:24, 4:3, 4:10, 4:14, 7:24, 8:5, and 18:11.

Dated this 29th day of April, 2021.

Respectfully submitted,

**CALFO EAKES LLP**

By  s/*Angelo Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone: (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

PRAECIPE TO DKT. NO. 31
(Case No. 18-cv-00270) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224