The Honorable Barbara J. Rothstein

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARLER LLC,

                              Plaintiff,

        v.

AMAZON WEB SERVICES, INC., and
AMAZON.COM, INC.,

                              Defendants.

No. 2:21-cv-00270-BJR

[PROPOSED] ORDER
GRANTING DEFENDANTS'
MOTION FOR LEAVE TO
AMEND NOTICE OF REMOVAL

This matter came before the Court on Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s Motion for Leave to Amend Notice of Removal.  Having considered Defendants' Motion, and any response and reply thereto, the Court ORDERS:

Defendants' Motion for Leave to Amend Notice of Removal is **GRANTED**.  Defendants shall file their amended notice of removal within ten days of the date of this Order.

        SO ORDERED this _____ day of _____, 2021.

                                    _____
                                    The Honorable Barbara J. Rothstein

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  Davis Wright Tremaine LLP
   Attorneys for Defendants Amazon Web
3  Services, Inc. and Amazon.com, Inc.

4  By *s/Ambika K. Doran*
         Ambika Kumar Doran, WSBA #38237
5        Robert E. Miller, WSBA #46507
         Caesar Kalinowski, WSBA #52650
6        920 Fifth Avenue, Suite 3300
         Seattle, WA  98104-1610
7        Telephone: 206-622-3150
         E-mail:  AmbikaDoran@dwt.com
8                 RobertMiller@dwt.com
                  CaesarKalinowski@dwt.com
9
         Alonzo Wickers IV (*pro hac vice*)
10       865 S. Figueroa Street, Suite 2400
         Los Angeles, CA 90017
11       Telephone: 213-633-6800
         E-mail:  AlonzoWickers@dwt.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 2
(2:21-cv-00270-BJR)