The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>    Defendants. | No. 2:21-cv-00270-BJR<br><br>DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION FOR SANCTIONS |

DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION
FOR SANCTIONS
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

On March 15, 2021, this Court granted the motion of Plaintiff Parler LLC to seal portions of its corporate disclosure statement. Dkt. 16. Defendants' response to Parler's motion for Rule 11 sanctions as well as the accompanying Declaration of Ambika Kumar and exhibits contain information maintained under seal pursuant to the March 15 order. Accordingly, Defendants respectfully ask the Court to maintain the unredacted version of their opposition brief and Kumar declaration, with exhibits, under seal.

DATED this 18th day of June, 2021.

        Davis Wright Tremaine LLP
        Attorneys for Defendants Amazon Web
        Services, Inc. and Amazon.com, Inc.

        By *s/Ambika Kumar*
           Ambika Kumar, WSBA #38237
           Robert E. Miller, WSBA #46507
           Caesar Kalinowski, WSBA #52650
           920 Fifth Avenue, Suite 3300
           Seattle, WA  98104-1610
           Telephone: 206-622-3150
           E-mail:   AmbikaKumar@dwt.com
                        RobertMiller@dwt.com
                        CaesarKalinowski@dwt.com

        Alonzo Wickers IV (*pro hac vice*)
        865 S. Figueroa Street, Suite 2400
        Los Angeles, CA 90017
        Telephone: 213-633-6800
        E-mail:   AlonzoWickers@dwt.com

DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION FOR SANCTIONS - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Defendants' Motion to Seal Portions of Opposition to Plaintiff's Motion for Rule 11 Sanctions* by electronic mail through the Court's ECF Notifications to the following:

> Angelo J. Calfo, WSBA# 27079
> CALFO EAKES LLP
> 1301 Second Avenue, Suite 2800
> Seattle, WA 98101
> Email: angeloc@calfoeakes.com
>
> David J. Groesbeck, WSBA No. 24749
> DAVID J. GROESBECK, P.S.
> 1333 E. Johns Prairie Rd.
> Shelton, WA 98584
> Email: david@groesbecklaw.com

DATED this 18th day of June, 2021.

> Davis Wright Tremaine LLP
> Attorney for Defendants
>
> By *s/Ambika Kumar*
> Ambika Kumar, WSBA #38237

DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION FOR SANCTIONS - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax