The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | No. 2:21-cv-00270-BJR <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION FOR SANCTIONS |

This matter came before the Court on Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s Motion to Seal portions of Defendants' Opposition to Motion for Sanctions and the corresponding Declaration of Ambika Kumar. Having considered Defendants' Motion, and any response and reply thereto, the Court ORDERS:

Defendants' Motion to Seal is **GRANTED**. The unredacted versions of the Motion and Declaration shall be maintained under seal.

SO ORDERED this _____ day of _____, 2021.

_____
The Honorable Barbara J. Rothstein

[PROPOSED] ORDER - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Presented by: |
| 2 | Davis Wright Tremaine LLP |
| | Attorneys for Defendants Amazon Web |
| 3 | Services, Inc. and Amazon.com, Inc. |
| 4 | By *s/Ambika Kumar* |

Ambika Kumar, WSBA #38237
Robert E. Miller, WSBA #46507
Caesar Kalinowski, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail:  AmbikaKumar@dwt.com
           RobertMiller@dwt.com
           CaesarKalinowski@dwt.com

Alonzo Wickers IV (*pro hac vice*)
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: 213-633-6800
E-mail:  AlonzoWickers@dwt.com

[PROPOSED] ORDER - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax