The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>　　　　　Defendants. | No. 2:21-cv-00270-BJR<br><br>DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND REMOVAL NOTICE |

DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND REMOVAL NOTICE
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

On March 15, 2021, this Court granted the motion of Plaintiff Parler LLC to seal portions of its corporate disclosure statement. Dkt. 16. Defendants' reply in support of Defendants' motion to amend their removal notice ("the Reply") contains information maintained under seal pursuant to the March 15 order. Accordingly, Defendants respectfully ask the Court to maintain the unredacted version of the Reply under seal.

DATED this 25th day of June, 2021.

        Davis Wright Tremaine LLP
        Attorneys for Defendants Amazon Web Services, Inc. and Amazon.com, Inc.

        By *s/Ambika Kumar*
            Ambika Kumar, WSBA #38237
            Robert E. Miller, WSBA #46507
            Caesar Kalinowski, WSBA #52650
            920 Fifth Avenue, Suite 3300
            Seattle, WA  98104-1610
            Telephone: 206-622-3150
            E-mail:   AmbikaKumar@dwt.com
                            RobertMiller@dwt.com
                            CaesarKalinowski@dwt.com

            Alonzo Wickers IV (*pro hac vice*)
            865 S. Figueroa Street, Suite 2400
            Los Angeles, CA 90017
            Telephone: 213-633-6800
            E-mail:   AlonzoWickers@dwt.com

DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND REMOVAL NOTICE - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Defendants' Motion to Seal Portions of Defendants' Reply in Support of Motion to Amend Removal Notice* by electronic mail through the Court's ECF Notifications to the following:

> Angelo J. Calfo, WSBA No. 27079
> CALFO EAKES LLP
> 1301 Second Avenue, Suite 2800
> Seattle, WA 98101
> Email: angeloc@calfoeakes.com
>
> David J. Groesbeck, WSBA No. 24749
> DAVID J. GROESBECK, P.S.
> 1333 E. Johns Prairie Rd.
> Shelton, WA 98584
> Email: david@groesbecklaw.com

DATED this 25th day of June, 2021.

> Davis Wright Tremaine LLP
> Attorney for Defendants
>
> By *s/Ambika Kumar*
>    Ambika Kumar, WSBA #38237

DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND REMOVAL NOTICE - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax