The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>  Defendants. | No. 2:21-cv-00270-BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND REMOVAL NOTICE |

This matter came before the Court on Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s Motion to Seal portions of Defendants' Reply in Support of Motion to Amend Removal Notice. Having considered Defendants' Motion to Seal, and any response and reply thereto, the Court ORDERS:

Defendants' Motion to Seal is **GRANTED**. The unredacted version of Defendants' Reply in Support of Motion to Amend Removal Notice shall be maintained under seal.

SO ORDERED this _____ day of _____, 2021.

_____
The Honorable Barbara J. Rothstein

[PROPOSED] ORDER - 1
(2:21-cv-00270-BJR)

1 | Presented by:

2 | Davis Wright Tremaine LLP
Attorneys for Defendants Amazon Web
3 | Services, Inc. and Amazon.com, Inc.

4 | By *s/Ambika Kumar*
  Ambika Kumar, WSBA #38237
5 | Robert E. Miller, WSBA #46507
  Caesar Kalinowski, WSBA #52650
6 | 920 Fifth Avenue, Suite 3300
  Seattle, WA 98104-1610
7 | Telephone: 206-622-3150
  E-mail: AmbikaKumar@dwt.com
8 |         RobertMiller@dwt.com
          CaesarKalinowski@dwt.com
9 |

10 | Alonzo Wickers IV (*pro hac vice*)
   865 S. Figueroa Street, Suite 2400
11 | Los Angeles, CA 90017
   Telephone: 213-633-6800
12 | E-mail: AlonzoWickers@dwt.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax