THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br>         Plaintiff, <br><br>   vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br>         Defendants. | Case No.  21-cv-00270-BJR <br><br> DECLARATION OF ANGELO J. CALFO IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS |

I, Angelo J. Calfo, declare as follows:

1. I am a practicing attorney in the State of Washington and a partner at Calfo Eakes LLP. I represent the Plaintiff, Parler, LLC, in this case. I am competent to testify and have personal knowledge of the matters described herein.

2. A true and correct copy of an email chain dated April 30, 2021, between me and Amazon's counsel, Ambika Kumar Doran and Alonzo Wickers IV, concerning Amazon's agreement that the parties had sufficiently met and conferred about Parler's Rule 11 claims, is attached hereto as **Exhibit A**.

        //        //        //

CALFO DECLARATION ISO PLAINTIFF'S REPLY
ISO MOTION FOR RULE 11 SANCTIONS
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Signed under penalty of perjury under the laws of the United States of America, at Seattle, Washington, this 2nd day of July, 2021.

By  /s/ Angelo J. Calfo
Angelo J. Calfo, WSBA# 27079

CALFO DECLARATION ISO PLAINTIFF'S REPLY
ISO MOTION FOR RULE 11 SANCTIONS
(Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224