THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br>            Plaintiff, <br><br>    vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br>            Defendants. | Case No.  21-cv-00270-BJR <br><br> PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION FOR SANCTIONS |

PLAINTIFF PARLER LLC'S RESPONSE TO
DEFENDANTS' MOTION TO SEAL PORTION OF
OPPOSITION TO MOTION FOR SANCTIONS
(Case No. 2:21-cv-00270-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Parler, LLC agrees to and supports the relief requested in Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s (collectively, "Amazon") Motion to Seal Portion of Opposition to Motion for Sanctions. Dkt. 39. Amazon's Motion seeks to seal information about one of Parler LLC's members, which this Court previously determined should be sealed in connection with Parler's corporate disclosure statement. Dkt. 16.

For the same reasons stated in Parler's motion to seal its corporate disclosure statement, Dkt. 13, and in Amazon's Motion to Seal, and pursuant to this Court's March 15, 2021, Order, in conjunction with LCR 5(g)(2)(A), Parler requests that the Court grant Amazon's Motion to Seal.

DATED this 9th day of July, 2021.

**CALFO EAKES LLP**

By    s/*Angelo Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone:  (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF OPPOSITION TO MOTION FOR SANCTIONS
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224