THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270-BJR <br><br> PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO AMEND REMOVAL NOTICE |

PLAINTIFF PARLER LLC'S RESPONSE TO
DEFENDANTS' MOTION TO SEAL PORTION OF
DEFENDANTS' REPLY
(Case No. 2:21-cv-00270-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Parler, LLC agrees to and supports the relief requested in Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s (collectively, "Amazon") Motion to Seal Portion of Defendants' Reply in Support of Motion to Amend Removal Notice.  Dkt. 44.  Amazon's Motion seeks to seal information about Parler LLC's members, which this Court previously determined should be sealed in connection with Parler's corporate disclosure statement.  Dkt. 16.

For the same reasons stated in Parler's motion to seal its corporate disclosure statement, Dkt. 13, and in Amazon's Motion to Seal, and pursuant to this Court's March 15, 2021 Order, in conjunction with LCR 5(g)(2)(A), Parler requests that the Court grant Amazon's Motion to Seal.

DATED this 16th day of July, 2021.

**CALFO EAKES LLP**

By      s/*Angelo Calfo*
   Angelo J. Calfo, WSBA# 27079
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 407-2200
   Fax:  (206) 407-2224
   Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

   David J. Groesbeck, WSBA # 24749
   1333 E. Johns Prairie Rd.
   Shelton, WA 98584
   Phone:  (509) 747-2800
   Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

   Gene C. Schaerr (*pro hac vice to be submitted*)
   H. Christopher Bartolomucci (*pro hac vice to be submitted*)
   1717 K Street NW, Suite 900
   Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' REPLY
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224