The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC., and<br>AMAZON.COM, INC.,<br><br>　　　　　Defendants. | No. 2:21-cv-00270-BJR<br><br>AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND |

AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## I.   INTRODUCTION

Time and time again, Parler refused to turn over the trust instrument needed to determine its citizenship. And now we know why. ███████████████████████████

███████████████████████████████████████████████████████████████████████████████

## II.   BACKGROUND

**A.   Delaware Trust Law**

"A trust, by definition, grants to nonparties ownership rights and control over property, while cutting off control by the grantor." *Husband C. v. Wife C.*, 391 A.2d 745, 746 (Del. 1978). Unless the trust instrument provides otherwise, a trustee has "all of the powers over trust property that a legally competent, unmarried individual has with respect to individually owned property." Restatement (Third) of Trusts § 85 (2007) (June 2021 update); *see also* Bogert's The Law of Trusts & Trustees § 551 (3d ed. rev. 2006) (June 2021 update) (trustee's powers include those "a prudent man would exercise to accomplish the trust purposes"). As Delaware courts recognize, a "traditional trust" is one in "which the trustee has discretionary authority over the trust corpus." *J.P. Morgan Tr. Co. of Del. v. Fisher*, 2021 WL 2407858, at *4 (Del. Ch. June 14, 2021).

███████████████████████████████████████████████████████████████████████████████

AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**B.     The Rebekah Mercer 2020 Irrevocable Trust**



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 3
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 4
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



### III.   ARGUMENT

AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 5
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 6
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 7
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 8
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 9
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



the Court should deny Parler's motion for remand.

(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 22nd day of July, 2021.

Davis Wright Tremaine LLP
Attorneys for Defendants Amazon Web Services, Inc. and Amazon.com, Inc.

By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237
Robert E. Miller, WSBA #46507
Caesar Kalinowski, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail:   AmbikaKumar@dwt.com
              RobertMiller@dwt.com
              CaesarKalinowski@dwt.com

Alonzo Wickers IV (*pro hac vice*)
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: 213-633-6800
E-mail:   AlonzoWickers@dwt.com

AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 11
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Supplemental Statement Opposing Remand* by electronic mail through the Court's ECF Notifications to the following:

>Angelo J. Calfo, WSBA# 27079
>CALFO EAKES LLP
>1301 Second Avenue, Suite 2800
>Seattle, WA 98101
>Email: angeloc@calfoeakes.com
>
>David J. Groesbeck, WSBA No. 24749
>DAVID J. GROESBECK, P.S.
>1333 E. Johns Prairie Rd.
>Shelton, WA 98584
>Email: david@groesbecklaw.com

DATED this 22nd day of July, 2021.

>Davis Wright Tremaine LLP
>Attorney for Defendants
>
>By *s/ Ambika Kumar*
>    Ambika Kumar, WSBA #38237

AMAZON'S SUPPLEMENTAL STATEMENT OPPOSING REMAND - 12
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax