The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>    Defendants. | No. 2:21-cv-00270-BJR<br><br>DECLARATION OF AMBIKA KUMAR IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND |

I, Ambika Kumar, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendants Amazon Web Services, Inc. and Amazon.com, Inc. I make this declaration from personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. Attached as **Exhibit B** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Attached as **Exhibit C** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DECL. OF AMBIKA KUMAR IN SUPPORT OF DEFS.'
SUPPL. STATEMENT OPPOSING REMAND - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

5. Attached as **Exhibit D** is a true and correct copy of ███████████████████████████████████████████████

6. Attached as **Exhibit E** is a true and correct copy of ███████████████████████████████████████████████

7. Attached as **Exhibit F** is a true and correct copy of ███████████████████████████████████████████████

8. Attached as **Exhibit G** is a true and correct copy of ███████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of July, 2021, at Mercer Island, Washington

                                        *s/ Ambika Kumar*
                                        Ambika Kumar

DECL. OF AMBIKA KUMAR IN SUPPORT OF DEFS.'
SUPPL. STATEMENT OPPOSING REMAND - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Declaration of Ambika Kumar* by electronic mail through the Court's ECF Notifications to the following:

> Angelo J. Calfo, WSBA# 27079
> CALFO EAKES LLP
> 1301 Second Avenue, Suite 2800
> Seattle, WA 98101
> Email: angeloc@calfoeakes.com
>
> David J. Groesbeck, WSBA No. 24749
> DAVID J. GROESBECK, P.S.
> 1333 E. Johns Prairie Rd.
> Shelton, WA 98584
> Email: david@groesbecklaw.com

DATED this 22nd day of July, 2021.

> Davis Wright Tremaine LLP
> Attorney for Defendants
>
> By *s/ Ambika Kumar*
> Ambika Kumar, WSBA #38237

DECL. OF AMBIKA KUMAR IN SUPPORT OF DEFS.'
SUPPL. STATEMENT OPPOSING REMAND - 3
(2:21-cv-00270-BJR)

# EXHIBIT A

# Filed Under Seal

# EXHIBIT B

# Filed Under Seal

# EXHIBIT C

# Filed Under Seal

# EXHIBIT D

# Filed Under Seal

# EXHIBIT E

# Filed Under Seal

# EXHIBIT F

# Filed Under Seal

# EXHIBIT G

# Filed Under Seal