The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC., and<br>AMAZON.COM, INC.,<br><br>　　　　Defendants. | No. 2:21-cv-00270-BJR<br><br>DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND |

DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS'
SUPPLEMENTAL STATEMENT OPPOSING REMAND
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

On March 15, 2021, this Court granted the motion of Plaintiff Parler LLC to seal portions of its corporate disclosure statement. Dkt. 16.  On July 1, 2021, the Court ordered Plaintiff to produce certain documents, providing that the "documents shall be designated Attorneys' Eyes Only."  Dkt. 49, at 3.  Defendants' Supplemental Statement Opposing Remand contains information or would reveal aspects of information maintained under seal pursuant to the March 15 order and designated as "Attorneys' Eyes Only" pursuant to the July 1 order.  Accordingly, Defendants respectfully ask the Court to maintain the unredacted version of the Defendants' Supplemental Statement Opposing Remand under seal.

DATED this 22nd day of July, 2021.

Davis Wright Tremaine LLP
Attorneys for Defendants Amazon Web Services, Inc. and Amazon.com, Inc.

By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237
Robert E. Miller, WSBA #46507
Caesar Kalinowski, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail:   AmbikaKumar@dwt.com
          RobertMiller@dwt.com
          CaesarKalinowski@dwt.com

Alonzo Wickers IV (*pro hac vice*)
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: 213-633-6800
E-mail:   AlonzoWickers@dwt.com

DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Defendants' Motion to Seal Portions of Defendants' Supplemental Statement Opposing Remand* by electronic mail through the Court's ECF Notifications to the following:

> Angelo J. Calfo, WSBA No. 27079
> CALFO EAKES LLP
> 1301 Second Avenue, Suite 2800
> Seattle, WA 98101
> Email: angeloc@calfoeakes.com
>
> David J. Groesbeck, WSBA No. 24749
> DAVID J. GROESBECK, P.S.
> 1333 E. Johns Prairie Rd.
> Shelton, WA 98584
> Email: david@groesbecklaw.com

DATED this 22nd day of July, 2021.

> Davis Wright Tremaine LLP
> Attorney for Defendants
>
> By *s/ Ambika Kumar*
>     Ambika Kumar, WSBA #38237

DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax