The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,<br><br>    Defendants. | No. 2:21-cv-00270-BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND |

This matter came before the Court on Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s Motion to Seal portions of Defendants' Supplemental Statement Opposing Remand. Having considered Defendants' Motion to Seal, and any response and reply thereto, the Court ORDERS:

Defendants' Motion to Seal is **GRANTED**. The unredacted version of Defendants' Supplemental Statement Opposing Remand shall be maintained under seal.

SO ORDERED this _____ day of _____, 2021.

_____
The Honorable Barbara J. Rothstein

[PROPOSED] ORDER - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 | Presented by:

2 | Davis Wright Tremaine LLP
Attorneys for Defendants Amazon Web
3 | Services, Inc. and Amazon.com, Inc.

4 | By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237
5 | Robert E. Miller, WSBA #46507
Caesar Kalinowski, WSBA #52650
6 | 920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
7 | Telephone: 206-622-3150
E-mail: AmbikaKumar@dwt.com
8 | RobertMiller@dwt.com
CaesarKalinowski@dwt.com
9 |

10 | Alonzo Wickers IV (*pro hac vice*)
865 S. Figueroa Street, Suite 2400
11 | Los Angeles, CA 90017
Telephone: 213-633-6800
12 | E-mail: AlonzoWickers@dwt.com

[PROPOSED] ORDER - 2
(2:21-cv-00270-BJR)