THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No.  21-cv-00270-BJR <br><br> DECLARATION OF ANGELO J. CALFO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND |

I, Angelo J. Calfo, declare as follows:

1. I am a practicing attorney in the State of Washington and a partner at Calfo Eakes LLP.  I represent the Plaintiff, Parler, LLC, in this case.  I am competent to testify and have personal knowledge of the matters described herein.

2. A true and correct certified copy of (1) J.P. Morgan's Certificate of Incorporation dated February 18, 1911, (2) Certificate of Renewal dated November 23, 1992, (3) a Certificate of Amendment, changing its name from Corporation Registration and Trust Company" to "J.P.

CALFO DECLARATION ISO RESPONSE TO
DEFENDANTS' SUPPLEMENTAL STATEMENT
OPPOSING REMAND

(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Morgan Delaware Trust Company" and (4) a Certificate of Amendment, changing its name from J.P. Morgan Delaware Trust Company" to "J.P. Morgan Trust Company of Delaware" is attached hereto as group **Exhibit 1**. It is further identified as (PARLER_000085 – PARLER_000097).

    3.    A true and correct certified copy of J.P. Morgan's Certificate of Good Standing within the State of Delaware dated December 3, 2020, is attached hereto as **Exhibit 2** (PARLER_000098).

    4.    J.P. Morgan Trust Company of Delaware has its principal place of business in Delaware as its headquarters are located at 500 Stanton Christiana Rd FL 2, Newark, DE, 19713.

Signed under penalty of perjury under the laws of the United States of America, at Seattle, Washington, this 29th day of July, 2021.

                                          */s/ Angelo J. Calfo*
                                 Angelo J. Calfo, WSBA# 27079

CALFO DECLARATION ISO RESPONSE TO DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND

(Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224