THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270-BJR <br><br> PLAINTIFF PARLER LLC'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND |

PLAINTIFF PARLER LLC'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND
(Case No. 2:21-cv-00270-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

On March 15, 2021, this Court granted the motion of Plaintiff Parler LLC to seal portions of its corporate disclosure statement. Dkt. 16.  On July 1, 2021, the Court ordered Plaintiff to produce certain documents, providing that the "documents shall be designated Attorneys' Eyes Only." Dkt. 49, at 3.  Defendants filed a motion to seal (Dkt. 59) in connection with the Supplemental Statement Opposing Remand they filed on July 22, 2021, because it contained confidential information or would reveal aspects of information maintained under seal pursuant to the March 15 order and designated as "Attorneys' Eyes Only" pursuant to the July 1 order.

In addition, Parler's Response to Defendants' Supplemental Statement Opposing Remand contains information that would reveal the same confidential information.  The confidential information which Parler requests to remain sealed relates to Parler's members and confidential information concerning a trust.  Counsel for Parler has met and conferred with Defendants' counsel concerning this motion and they have indicated that they have no objection.  The information that Parler requests to remain under seal is private information that is only relevant to the issue of determining citizenship for diversity purposes, and is not material to the merits of the case.  Accordingly, Plaintiff respectfully asks the Court to maintain the unredacted version of Parler's Response to the Supplemental Statement Opposing Remand under seal.

DATED this 29th day of July, 2021.

**CALFO EAKES LLP**

By      s/*Angelo Calfo*
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
Email: angeloc@calfoeakes.com

PLAINTIFF PARLER LLC'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone: (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

PLAINTIFF PARLER LLC'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND
(Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224