THE HONORABLE BARABARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br> Defendants. | Case No. 21-cv-00270-BJR <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiff Parler, LLC's Motion to Seal Portions of its Response to Defendants' Supplemental Statement Opposing Remand. Having considered Plaintiff's Motion to Seal, and any response and reply thereto, the Court ORDERS:

Plaintiff's Motion to Seal is GRANTED. The unredacted version of Plaintiff's Response to Defendant's Supplemental Statement Opposing Remand shall be maintained under seal.

DATED this ____ day of _____, 2021.

_____
HONORABLE BARABARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND

(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

*Prepared by:*

**CALFO EAKES LLP**

By     s/Angelo J. Calfo
Angelo J. Calfo, WSBA# 27079
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone:  (206) 407-2200
Fax:  (206) 407-2224
Email: angeloc@calfoeakes.com

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone:  (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

---

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO SEAL PORTION OF PARLER'S RESPONSE TO SUPPLEMENTAL STATEMENT OPPOSING REMAND

(Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224