The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARLER LLC,

    Plaintiff,

v.

AMAZON WEB SERVICES, INC., and AMAZON.COM, INC.,

    Defendants.

No. 2:21-cv-00270-BJR

DECLARATION OF AMBIKA KUMAR IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND

I, Ambika Kumar, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendants Amazon Web Services, Inc. and Amazon.com, Inc. I make this declaration from personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. Attached as **Exhibit B** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Attached as **Exhibit C** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DECL. OF AMBIKA KUMAR IN SUPPORT OF DEFS.'
SUPPL. STATEMENT OPPOSING REMAND - 1
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. Attached as **Exhibit D** is a true and correct copy of ███████████████████████████████████████████

6. Attached as **Exhibit E** is a true and correct copy of ███████████████████████████████████████████

7. Attached as **Exhibit F** is a true and correct copy of ███████████████████████████████████████████

8. Attached as **Exhibit G** is a true and correct copy of ███████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of July, 2021, at Mercer Island, Washington

*s/ Ambika Kumar*
Ambika Kumar

DECL. OF AMBIKA KUMAR IN SUPPORT OF DEFS.'
SUPPL. STATEMENT OPPOSING REMAND - 2
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record have been served a true and correct copy of the foregoing *Declaration of Ambika Kumar* by electronic mail through the Court's ECF Notifications to the following:

>Angelo J. Calfo, WSBA# 27079
>CALFO EAKES LLP
>1301 Second Avenue, Suite 2800
>Seattle, WA 98101
>Email: angeloc@calfoeakes.com
>
>David J. Groesbeck, WSBA No. 24749
>DAVID J. GROESBECK, P.S.
>1333 E. Johns Prairie Rd.
>Shelton, WA 98584
>Email: david@groesbecklaw.com

DATED this 30th day of July, 2021.

>Davis Wright Tremaine LLP
>Attorney for Defendants
>
>By *s/ Ambika Kumar*
>    Ambika Kumar, WSBA #38237

DECL. OF AMBIKA KUMAR IN SUPPORT OF DEFS.'
SUPPL. STATEMENT OPPOSING REMAND - 3
(2:21-cv-00270-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

# Filed Under Seal

# EXHIBIT B

# Filed Under Seal

# EXHIBIT C

# Filed Under Seal

# EXHIBIT D

# Filed Under Seal

# EXHIBIT E

# Filed Under Seal

# EXHIBIT F

# Filed Under Seal

# EXHIBIT G

# Filed Under Seal