THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, LLC, <br><br>          Plaintiff, <br><br>    vs. <br><br> AMAZON WEB SERVICES, INC., and AMAZON.COM, INC., <br><br>          Defendants. | Case No.  21-cv-00270-BJR <br><br> PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT OPPOSING REMAND |

PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT (Case No. 2:21-cv-00270-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Parler, LLC agrees to and supports the relief requested in Defendants Amazon Web Services, Inc. and Amazon.com, Inc.'s (collectively, "Amazon") Motion to Seal Portion of Defendants' Supplemental Statement Opposing Remand. Dkt. 59 (the "Motion to Seal"). On July 1, 2021, the Court ordered Plaintiff to produce certain documents, providing that the "documents shall be designated Attorneys' Eyes Only." Dkt. 49, at 3. Defendants filed a motion to seal (Dkt. 59) in connection with the Supplemental Statement Opposing Remand they filed on July 22, 2021, because it contained confidential information or would reveal aspects of information maintained under seal pursuant to the March 15 order and designated as "Attorneys' Eyes Only" pursuant to the July 1 order. Amazon's Motion to Seal seeks to seal information about Parler LLC's members, which this Court previously determined should be sealed in connection with Parler's corporate disclosure statement, and confidential information concerning a trust.

For the same reasons stated in Parler's motion to seal its corporate disclosure statement, Dkt. 13, and in Amazon's Motion to Seal, and pursuant to this Court's March 15, 2021 and July 1, 2021 Orders, in conjunction with LCR 5(g)(2)(A), Parler requests that the Court grant Amazon's Motion to Seal.

DATED this 12th day of August, 2021.

**CALFO EAKES LLP**

By   s/*Angelo Calfo*
  Angelo J. Calfo, WSBA# 27079
  1301 Second Avenue, Suite 2800
  Seattle, WA  98101
  Phone:  (206) 407-2200
  Fax:  (206) 407-2224
  Email: angeloc@calfoeakes.com

PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT
(Case No. 2:21-cv-00270-BJR) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**DAVID J. GROESBECK, P.S.**

David J. Groesbeck, WSBA # 24749
1333 E. Johns Prairie Rd.
Shelton, WA 98584
Phone: (509) 747-2800
Email: david@groesbecklaw.com

**SCHAERR |JAFFE LLP**

Gene C. Schaerr (*pro hac vice to be submitted*)
H. Christopher Bartolomucci (*pro hac vice to be submitted*)
1717 K Street NW, Suite 900
Washington, DC 20006

*Counsel for Plaintiff Parler LLC*

PLAINTIFF PARLER LLC'S RESPONSE TO DEFENDANTS' MOTION TO SEAL PORTION OF DEFENDANTS' SUPPLEMENTAL STATEMENT (Case No. 2:21-cv-00270-BJR) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224