**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 4, 2021

King County Superior Court
516 3rd Ave
E−609
Seattle, WA 98104

RE: *Parler LLC v. Amazon Web Services Inc et al*
Case #2:21−cv−00270−BJR

Dear Clerk:

Please find enclosed the certified copy of Judge Barbara J. Rothstein's *Order Remanding Case to State Court* in the above−referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 21−2−02856−6 SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Michael Williams,
*Deputy Clerk*

Enclosures